IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MIKHAIL KOKORICH, | § | |
| | § | |
| Plaintiff Below, Appellant, | § | No. 207, 2023 |
| | § | |
| v. | § | Court Below: Court of Chancery |
| | § | of the State of Delaware |
| MOMENTUS, INC., a Delaware | § | |
| Corporation, | § | C.A. 2022-0722 |
| | § | |
| Defendant Below, Appellee. | § | |

Submitted: November 15, 2023
Decided: November 30, 2023

Before **SEITZ**, Chief Justice; **VALIHURA**, and **GRIFFITHS**, Justices.

## O R D E R

Now this 30th day of November 2023, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion and Order decided on May 15, 2023;

NOW THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice